UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>MARY A. ROLFE-SHAW,<br>and,<br>GEORGE SHAW,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-29024<br><br>Chapter:  13<br>Honorable Pamela S. Hollis<br><br>Joliet |

## ORDER GRANTING MOTION TO APPROVE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Notice is shortened to four days.

2) The Debtors' Motion to Approve Loan Modification is Granted.

3) Debtors and U.S. Bank N.A., c/o Gregory Funding may enter into the Loan Modification Agreement attached as Exhibit A to the accompanying motion.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  April 05, 2019

**Prepared by:**

Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100