UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-29024 |
| MARY A. ROLFE-SHAW, | ) | |
| and, | ) | Chapter: 13 |
| GEORGE SHAW, | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO INCUR DEBT AND SHORTEN NOTICE PERIOD**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Notice requirement of Rule 9006(c)(2) and Rule 4001(c)(2) is shortened to seven days.

2) The Debtors' Motion to Incur Debt is granted.

3) Debtors  may finance a 2013 Ford Fusion, or similar vehicle, for 19.99% APR at $347.00 per month for 60 months.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  April 12, 2019

**Prepared by:**

Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100