UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-29024 |
| Mary A Rolfe-Shaw | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| George E Shaw | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

Having heard the facts presented, the Court finds the debtor(s) has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case be dismissed on the Trustee's motion for material default by the debtor(s) with respect to a term of a confirmed plan, pursuant to Section 1307(c)(6).

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: April 03, 2020

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)